**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**

**v.**                                                    **Cr. No.: 3:23-CR-00435-1 (PAD)**

**VICTORIA GABRIELA RODRIGUEZ-MORALES**

**MOTION NOTIFYING VIOLATIONS OF SUPERVISED RELEASE CONDITIONS**
**AND PROPOSED ACTION PLAN**

COMES NOW, **Sugeily Rivera-Suazo, United States Probation Officer** of this Honorable Court, who informs that:

On November 4, 2025, Ms. Victoria Gabriela Rodriguez-Morales was sentenced to time served, followed by three (3) years of supervised release after she pleaded guilty to Title 18 U.S.C. § 875(c), which involves *Threatening Interstate Communications* ([Docket 61]). Ms. Rodriguez-Morales began her supervised release in the District of Puerto Rico on November 4, 2025, with an expiration date of November 3, 2028.

Since her release, Ms. Rodriguez-Morales has violated the following conditions of her supervised release term:

**Mandatory Condition #3:** *"Upon release from confinement, the defendant shall participate in a residential program at ASSMCA Residential Treatment Center for Women, as proposed by the parties within the plea agreement. The defendant shall participate in the program for at least 12 months or until successfully discharged by the treatment provider, in consultation with the U.S. Probation Officer. The placement will be arranged by the parties,*

1

*in coordination with the U.S. Probation Officer. The defendant shall abide by the rules of the treatment program."*

On December 2, 2025, the U.S. Probation Office received a notification from the ASSMCA Residential Treatment Center's clinical coordinator, Wanda Melendez-Ortiz, reporting that Ms. Rodriguez-Morales was involved in a dispute with another patient, which allegedly included what was described as a threatening behavior. As reported by provider in a written report, Ms. Rodriguez-Morales approached a patient in a threatening way with the intention of physically assaulting her, being stopped by another patient who grabbed her arm to avoid the physical attack. Upon provider's intervention after the incident, Ms. Rodriguez-Morales verbally admitted that she attempted to threaten the other patient with whom she had the altercation.

Ms. Rodriguez-Morales was referred for an emergency psychiatric evaluation and admitted for inpatient psychiatric services at a local psychiatric hospital. She remained hospitalized from December 2 to December 15, 2025.

**Mandatory Condition #3:** *"You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests, thereafter, as determined by the court."*

**Special Condition #3:** *"The defendant shall participate in an approved substance abuse monitoring and/or treatment services program. The defendant shall refrain from the unlawful use of controlled substances and submit to a drug test within fifteen (15) days of release; thereafter, submit to random drug testing, no less than three (3) samples during the supervision period and not to exceed 104 samples per year accordance with the Drug Aftercare Program Policy of the U.S. Probation Office approved by this Court. If deemed necessary, the*

*treatment will be arranged by the officer in consultation with the treatment provider. The defendant is required to contribute to the cost of services rendered (co-payment) in an amount arranged by the Probation Officer based on the ability to pay or availability of third-party payment."*

On December 15, 2025, and upon discharge from inpatient psychiatric services at a local psychiatric hospital, Ms. Rodriguez-Morales returned to the ASSMCA Residential Treatment Center for Women where a urinalysis test was conducted by her treatment provider. The same yielded positive to the unauthorized use of Fentanyl and Buprenorphine. Ms. Rodriguez-Morales denied the use of unauthorized substances to her ASSMCA provider. She was referred on the same day to the ASSMCA Detox Unit, were the urinalysis test also yielded positive to the unauthorized use of Fentanyl and Buprenorphine. Ms. Rodriguez-Morales was discharged from the detox unit on December 18, 2025, and returned to the ASSMCA Residential Treatment Center for Women. She was prescribed with Buprenorphine medication at the ASSMCA Detox Unit. On December 19, 2025, and while interviewed by the U.S. Probation Officer, Ms. Rodriguez-Morales verbally admitted to the unauthorized use of Buprenorphine while admitted at the psychiatric hospital and signed a written admission as to this.

Active use of unauthorized substances is also a violation of the ASSMCA Residential Treatment Center for Women's rules.

Upon identifying non-compliances as described, the U.S. Probation Office has been implementing a comprehensive action plan based on an evidence-based and tiered approach that considers her social, mental, and physical health needs, as well as her overall circumstances. The U.S. Probation Office along with ASSMCA treatment provider, have referred Ms. Rodriguez-Morales to different levels of care based on her needs, while also considering the safety of all

3

patients admitted at the ASSMCA Residential Treatment Center. Provider has interviewed Ms. Rodriguez-Morales to promote her compliance with the treatment program rules. On December 19, 2025, a meeting was conducted between ASSMCA providers (social worker and psychologist), the U.S. Probation Officer, and Ms. Rodriguez-Morales' legal representation, to better understand the defendant's mental health diagnoses, treatment, adaptation, and current challenges for her reintegration process. Ms. Rodriguez-Morales was also interviewed. The U.S. Probation Officer informed Ms. Rodriguez-Morales that using drugs and any controlled substances without a valid medical prescription is harmful to her health, well-being, and violates the conditions of her supervised release term. The Probation Officer has instructed Ms. Rodriguez-Morales to refrain from any unauthorized substance use and to comply with the ASSMCA Residential Treatment Center's rules. A family meeting was also arranged between the provider, the defendant, and her mother, aiming to provide psychoeducation related to mental health diagnoses, treatment, and medications.

Drug addiction studies demonstrate that addiction is a chronic medical illness, and, like most chronic medical illnesses, there is no "cure" for addiction. It needs to be managed and mitigated by continuous treatment, usually requiring both behavioral and medication interventions. Relapse (also known as drug use recurrence) is very common in addiction and other complex chronic diseases[1]. Our office is also aware that changes in cognition and behaviors are processes that take time. It is essential to consider that Ms. Rodriguez-Morales faces complex mental health diagnoses, in addition to personality disorders that requires long-term assessments and treatment. Aligned with recommendations of evidence-based practices, the U.S. Probation

---

[1] National Institute on Drug Abuse (n/d). Addiction is a Chronic Disease. Retrieved from
https://archives.drugabuse.gov/publications/drug-abuse-addiction-one-americas-most-challenging-public-health-problems/addiction-chronic-disease

Office believes that Ms. Rodriguez-Morales may benefit from an opportunity to continue her participation in current treatment services.

**WHEREFORE**, it is respectfully requested that the Court take notice of the contents of this motion and allow the undersigned the opportunity to continue with the outlined action plan, which includes drug and mental health treatment services within a structured environment as imposed on sentencing, personal and collateral contacts for supervision purposes, and follow-up with treatment providers to address treatment compliance and overall progress. Further violations will be reported to the Court.

In San Juan, Puerto Rico, this 23rd day of December 2025.

Respectfully submitted,

LUIS O. ENCARNACIÓN
Chief U.S. Probation Officer

*s/ Sugeily Rivera-Suazo*
Sugeily Rivera-Suazo
U.S. Probation Officer
United States Probation Office
Federal Courthouse
150 Chardón Avenue, CH-106
San Juan, P.R.  00918
Telephone: (787) 396-5385
Fax: (787) 281-4940
E-mail: SRiveraSuazo@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that today, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties in this case.

In San Juan, Puerto Rico, this 23rd day of December 2025.

.

Respectfully submitted,

*s/ Sugeily Rivera-Suazo*
Sugeily Rivera-Suazo
U.S. Probation Officer
United States Probation Office
Federal Courthouse
150 Chardón Avenue, Rm. CH106
San Juan, P.R.  00918
Telephone: (787) 396-5385
Fax: (787) 281-4940
E-mail: SRiveraSuazo@prp.uscourts.gov